IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHNU VARDHAN NALI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, Secretary, Department of ) <br> Homeland Security; TODD LYONS, Acting ) <br> Director of the Immigration and Customs ) <br> Enforcement, each in their official capacity and ) <br> not individually; and UNITED STATES ) <br> DEPARTMENT OF HOMELAND SECURITY, ) <br> ) <br> Defendants. ) | Case No. 25-cv-03969 |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, Vishnu Vardhan Nali, through his counsel, moves for the entry of an order granting a preliminary injunction and temporary restraining order, restraining Defendants, Kristi Noem, Secretary, Department of Homeland Security, Todd Lyons, Acting Director of Immigration and Customs Enforcement (each in their official capacity) and United States Department of Homeland Security (i) from terminating Plaintiff's F-1 student status under the SEVIS [Student and Exchange Visitor] system, and (ii) requiring Defendants to set aside their termination determination.

Plaintiff asks that the Court waive any requirement that Plaintiff give security pursuant to Fed. R. Civ. P. 65(c).

Plaintiff's supporting Memorandum and supporting materials are submitted contemporaneously with this motion.

DATED:  April 14, 2025

                                              Respectfully submitted,

                                              /s/ *Jeffrey Grant Brown*  
                                              Jeffrey Grant Brown  
                                              Attorney for Plaintiff

Jeffrey Grant Brown  
Jeffrey Grant Brown, P.C.  
65 West Jackson Blvd. #107  
Chicago, Illinois  60604  
(312) 789-9700  
Illinois ARDC #6194262  
Attorney for Plaintiff