## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Vishnu Nali

                     Plaintiff,

v.                                            Case No.: 1:25−cv−03969
                                                       Honorable Mary M. Rowland

Kristi Noem, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

       MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the Government's status report [23]. The Government states it does not request the opportunity to present any witnesses. Cross briefs remain due by 4/24/25 at 5 pm CST. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.