UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VISHNU NALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 C 3969 |
| | ) | |
| KRISTI NOEM, Secretary, | ) | Judge Rowland |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' STATUS REPORT

On April 25, 2025, this court ordered defendants to file a status report by 5 p.m. on the same date, indicating whether plaintiff's SEVIS record has been restored. As of this filing, the agency reports that plaintiff's SEVIS record has not yet been restored. Nonetheless, defendants expect to have plaintiff's SEVIS record restored by noon CST Monday, April 28, 2025 in compliance with this court's order. *See* Dkt. 27.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Craig A. Oswald
    CRAIG A. OSWALD
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9080
    craig.oswald@usdoj.gov