UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHNU NALI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 25 C 3969 ) ) Judge Rowland |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' STATUS REPORT**

On April 25, 2025, this court ordered defendants to file a status report by 5 p.m. on the same date, indicating whether plaintiff's SEVIS record has been restored. Defendants filed that report in due course. *See* Dkt. 28. As of this filing, and in compliance with this court's order, *see* Dkt. 27, the agency reports that the plaintiff's SEVIS record is now active.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press
JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov