IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VISHNU VARDHAN NALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 25-cv-03969 |
| KRISTI NOEM, Secretary, Department of Homeland Security; TODD LYONS, Acting Director of the Immigration and Customs Enforcement, each in their official capacity and not individually; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) ) ) ) | Judge Rowland |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

On May 20, 2025, this court ordered [Doc. #34] the parties to file a joint status report by 5/27/25 indicating (1) whether the matter will be resolved; or (2) proposing a briefing schedule on the pending motion for preliminary injunction and response to the complaint.

The parties have discussed settlement further, but have not concluded such discussions; and the parties are awaiting responses from their respective clients on proposed terms.

The parties therefore do not believe it appropriate to propose additional briefing on Plaintiff's Motion For Preliminary Injunction until the parties have concluded their discussions; and therefore suggest that the parties submit an additional status report on or before June 3, 2025 addressing whether the matter will be resolved or whether additional briefing is proposed, and on what schedule.

| | |
|---|---|
| DATED: May 27, 2025 | Respectfully submitted, |
| /s/ *Jeffrey Grant Brown*<br>Jeffrey Grant Brown<br>Attorney for Plaintiffs | ANDREW S. BOUTROS<br>United States Attorney<br><br>By: /s/ *Joshua S. Press*<br>Joshua S. Press<br>Assistant United States Attorney |
| Jeffrey Grant Brown, P.C.<br>Attorney for Plaintiffs<br>65 West Jackson Blvd. #107<br>Chicago, Illinois 60604<br>(312) 789-9700<br>Illinois ARDC #6194262<br>jeff@JGBrownlaw.com | Office of the United States Attorney<br>219 South Dearborn Street<br>Chicago, Illinois 60604<br>(312) .886.7625<br>Joshua.Press@usdoj.gov@usdoj.gov |