UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHNU VARDHAN NALI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 25 C 3969 ) |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, | ) Judge Rowland ) ) ) |
| Defendants. | ) |

## MOTION TO DISMISS

Defendants, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, respectfully move this court to dismiss this matter for lack of jurisdiction and failure to state a claim. *See* Fed. R. Civ. P. 12(b)(1) and 12(b)(6), respectively. In support of this motion, defendants rely upon the attached memorandum and its referenced declarations.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press
JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov