UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Vishnu Nali
                          Plaintiff,

v.                                          Case No.: 1:25−cv−03969
                                                             Honorable Mary M. Rowland

Kristi Noem, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 22, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Defendants' unopposed motion to stay [50] this matter pending the Seventh Circuit's disposition in Jane Doe 1 v. Noem, No. 25−2304 (7th Cir.), which involves the same issues to the instant matter, is granted. All discovery and deadlines for filing further pleadings and conducting pretrial or scheduling conferences are suspended. The stay does not waive Plaintiff's right to subsequently obtain the "certified administrative record" and other discovery in this case or to seek reconsideration of a stay if the nationwide injunction in Doe v. Trump, No. 25−cv−03140−JSW (N.D. Cal.) is appealed or modified. The Government agrees Plaintiff is covered by an injunction issued in Doe v. Trump, No. 25−cv−3140, 2025 WL 2430494 (N.D. Cal. Aug. 22, 2025). [50] at 3. Pursuant to the injunction issued in Doe v. Trump, "Secretary Noem, Acting Director Lyons, and Acting Field Director Becerra, as well their officers, agents, servants, employees, attorneys, and all others who are in active concert or participation with them will not arrest, incarcerate, or transfer outside their jurisdiction of residence, [Plaintiff Nali] pending resolution of these proceedings [a]bsent new material information that is independent of the reason(s) for terminating [Plaintiff's] SEVIS record" in April 2025. 2025 WL 2430494 at *4. Plaintiff reserves the right to seek reconsideration of this stay if Doe v. Trump, No. 25−cv−3140, 2025 WL 2430494 (N.D. Cal. Aug. 22, 2025) is appealed or modified. Plaintiff's motion for TRO [4] is denied without prejudice as moot. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.