**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division**

Vishnu Nali

                         Plaintiff,

v.                                                 Case No.: 1:25−cv−03969
                                                    Honorable Mary M. Rowland

Kristi Noem, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 1, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: In light of the stay pending the Seventh Circuit's disposition in Jane Doe 1 v. Noem, No. 25−2304 (7th Cir.), which involves the same issues to the instant matter [54], the Court denies without prejudice Defendants' motion to dismiss [41] without prejudice. The motion [41] is denied for administrative purposes only. After the Seventh Circuit ruling, the Court will set a status, and Defendants will be free to refile the motion to dismiss or to revise it as warranted. The parties are directed to file a status report in this case with 14 days after the ruling in Jane Doe 1 v. Noem, No. 25−2304 (7th Cir.). The Government continues to agree Plaintiff is covered by an injunction issued in Doe v. Trump, No. 25−cv−3140, 2025 WL 2430494 (N.D. Cal. Aug. 22, 2025). Pursuant to the injunction issued in Doe v. Trump, "Secretary Noem, Acting Director Lyons, and Acting Field Director Becerra, as well their officers, agents, servants, employees, attorneys, and all others who are in active concert or participation with them will not arrest, incarcerate, or transfer outside their jurisdiction of residence, [Plaintiff Nali] pending resolution of these proceedings [a]bsent new material information that is independent of the reason(s) for terminating [Plaintiff's] SEVIS record" in April 2025. 2025 WL 2430494 at *4. Plaintiff reserves the right to seek reconsideration of the stay in this case if Doe v. Trump, No. 25−cv−3140, 2025 WL 2430494 (N.D. Cal. Aug. 22, 2025) is appealed or modified. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.